IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  07-30021 |
| | ) | |
| ALBERT DAVIS et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on Defendant Albert Davis' Motion for Bond Refund (d/e 85) and Supplement to Motion for Bond Refund (d/e 87) (Supplement).  Lakeisha Jones posted a $25,000.00 cash bond on behalf of Defendant Albert Davis.  Affidavit by Owner of Cash Security (d/e 15).  Defendant Davis has now surrendered to the Marshal's Office to begin his sentence.  Defendant Davis asks for a refund of the Bond.  At the sentencing hearing Defendant Davis agreed that the Bond proceeds could be disbursed to pay his special assessment, fine, and his attorney fees, with the remainder to be returned to him.  Minute entry entered October 16, 2009 (d/e 74).  Ms. Jones has now acknowledged that

1

Defendant Davis has repaid her the $25,000.00 that she posted, and she has relinquished any claim to the Bond funds.  <u>Supplement</u>, Exhibit A, <u>Affidavit of Lakeisha Jones</u>.

THEREFORE, Defendant Albert Davis' Motion for Bond Refund (d/e 85) and Supplement to Motion for Bond Refund (d/e 87) are ALLOWED. The Court releases Defendant Davis' Bond and directs the Clerk to disburse the $25,000.00 cash Bond funds as follows:

A.  $100.00 to pay Defendant Davis' special assessment;

B.  $10,000.00 to pay Defendant Davis' fine;

C.  $12,000.00 payable to James I. Marcus, Defendant Davis' attorney, to be sent to the following address:

> James I. Marcus
> Dziedziak & Marcus, P.C.
> 100 W. Monroe St., Suite 309
> Chicago, Illinois 60603

D.  $2,900.00 payable to Albert Davis, the Defendant, to be sent to the following address:

> Albert Davis
> 14813 S. Kilpatrick
> Midlothian, Illinois 60445

IT IS THEREFORE SO ORDERED.

ENTER: June 4, 2010

    FOR THE COURT:

                                              s/ Jeanne E. Scott
                                             JEANNE E. SCOTT
                                   UNITED STATES DISTRICT JUDGE